1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY TROBAUGH,<br><br>            Plaintiff,<br>vs.<br><br>GE CAPITAL RETAIL BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>           Defendants. | Case No. 5:13-cv-02163-EJD<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT GE CAPITAL RETAIL BANK WITH PREJUDICE**<br><br>Judge: Hon. Edward J. Davila |

1  Based on the Stipulation to Dismiss by Plaintiff Jerry Trobaugh and Defendant GE Capital
2  Retail Bank, Defendant GE Capital Retail Bank is hereby dismissed, with prejudice, from the above-
3  captioned action. Each party shall bear its own fees and costs.
4  The Doe defendants are dismissed without prejudice. The clerk shall close this file.
5  **IT IS SO ORDERED.**

7  Dated: August 28, 2013
8  _____
   HON. EDWARD J. DAVILA
   UNITED STATES DISTRICT COURT JUDGE