1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERRY TROBAUGH,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>GE CAPITAL RETAIL BANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No.  5:13-cv-02163-EJD<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT GE CAPITAL RETAIL BANK WITH PREJUDICE**<br><br>Judge: Hon. Edward J. Davila |

---

1
[PROPOSED] ORDER DISMISSING DEFENDANT GE CAPITAL RETAIL BANK WITH PREJUDICE

1  Based on the Stipulation to Dismiss by Plaintiff Jerry Trobaugh and Defendant GE Capital
2  Retail Bank, Defendant GE Capital Retail Bank is hereby dismissed, with prejudice, from the above-
3  captioned action.  Each party shall bear its own fees and costs.
4  The Doe defendants are dismissed without prejudice.  The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 28, 2013

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE